# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ESTHER CONWAY **AND** CHARLES CONWAY | * * |
| | *     CIVIL NO. L 00-1077 |
| ABANA PHARMACEUTICALS, INC., et al. | * * |

## ORDER

A Conditional Transfer Order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 5TH day of July, 2000.

**ORDERED** that this action be ADMINISTRATIVELY CLOSED subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
Judge Benson Everett Legg
U. S. District Court

```
____FILED      ____ENTER
____LODGED     ____RECV...

JUN 3 0 2000

       AT BALTIMORE
  CLERK U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
BY                          DEPUTY
```

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
        FILED

    June 13, 2000

   MICHAEL J. BECK
  CLERK OF THE PANEL
```

DOCKET NO. 1203

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-58)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,180 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10, the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    JUN 29 2000

   CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel



```
_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

       JUN 3 0 2000

         AT BALTIMORE
   CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY                    DEPUTY
```

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
      FILED

    June 13, 2000

  MICHAEL J. BECK
 CLERK OF THE PANEL
```

# SCHEDULE CTO—58 — TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

```
DISTRICT DIV CIVIL ACTION#   DISTRICT DIV CIVIL ACTION#   DISTRICT DIV CIVIL ACTION#

  ALABAMA MIDDLE              INDIANA SOUTHERN             NORTH DAKOTA
     ALM   2   00-641            INS   1   99-1873            ND    3   00-55
     ALM   3   00-555                                         ND    3   00-56
                               KANSAS                         ND    4   00-63
  ALABAMA NORTHERN               KS    2   00-2195
6-14-00  ALN   1   00-1292       KS    6   00-1135         NEBRASKA
Vacated  ALN   7   00-1054                                    NE    8   00-308
         ALN   7   00-1055    MARYLAND
                                 MD    1   00-1074         OHIO NORTHERN
  ALABAMA SOUTHERN               MD    1   00-1075            OHN   1   00-1277
     ALS   2   00-385            MD    1   00-1076
                                 MD    1   00-1077         OKLAHOMA WESTERN
  ARKANSAS WESTERN               MD    1   00-1105            OKW   5   00-899  Opposed 6-29-00
     ARW   5   00-5095           MD    1   00-1215
                                                           UTAH
  CALIFORNIA EASTERN          MINNESOTA                       UT    1   00-53
     CAE   1   00-5735           MN    0   00-740             UT    2   00-350
                                 MN    0   00-809
  CALIFORNIA NORTHERN            MN    0   00-811          WASHINGTON EASTERN
     CAN   5   00-20539                                       WAE   2   00-177
                              MISSOURI WESTERN                WAE   2   00-178
  FLORIDA MIDDLE                 MOW   6   00-3118            WAE   2   00-181
     FLM   6   00-412
     FLM   6   00-530         MISSISSIPPI NORTHERN        WASHINGTON WESTERN
                                 MSN   4   00-127 6-28-00    WAW   2   00-199
  FLORIDA SOUTHERN                   Opposed
     FLS   2   00-14082       MISSISSIPPI SOUTHERN
                                 MSS   5   00-119  Opposed
  GEORGIA MIDDLE                 MSS   5   00-122
     GAM   5   00-167
                              NORTH CAROLINA EASTERN
  GEORGIA NORTHERN               NCE   5   00-250
     GAN   1   99-2415           NCE   5   00-321
                                 NCE   5   00-322
  GEORGIA SOUTHERN               NCE   7   00-83
     GAS   2   99-380
                              NORTH CAROLINA MIDDLE
  IDAHO                          NCM   1   00-485
     ID    1   00-225            NCM   1   00-494
     ID    2   00-210
                              NORTH CAROLINA WESTERN
  ILLINOIS NORTHERN              NCW   1   00-93
     ILN   1   00-2455           NCW   3   00-170

  ILLINOIS SOUTHERN
     ILS   3   00-351
```